IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY**, | ) CIVIL ACTION NO. 13-225 ) ) JUDGE JOY FLOWERS CONTI |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| **FIVE STAR HOTELS LLC; MICHELLE HARPER** *Administratrix of the Estate of GARY C. COTTRELL, JR.*; **JACQUES FOSTER; ROJET MITCHELL; JODY LITTLE,** | ) ) ) ) ) ) |
| Defendants. | ) |

ORDER

AND NOW, this 26th day of April, 2013, it appears that the Complaint in the above captioned case was filed on **February 11, 2013** and a Waiver of the Service of Summons was sent February 14, 2013 and filed with the court on March 12, 2013.   As of the date of this order, no responsive pleading has been filed at the above captioned case by defendant Jody Little.

Therefore, IT IS HEREBY ORDERED that plaintiff shall show cause by, May 6, 2013, why this case should not be dismissed for plaintiff's failure to prosecute as to defendant Jody Little.

IT IS FURTHER ORDERED that failure to file a response will be construed by the Court as plaintiff's consent to the dismissal of this action for failure to prosecute as to Jody Little.

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge