IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY | |
| Plaintiff, | Civil Action No. 2:13-cv-00225-JFC |
| v. | |
| FIVE STAR HOTELS LLC, MICHELLE HARPER, ADMINISTRATRIX OF THE ESTATE OF GARY C. COTTRELL, JR., JACQUES FOSTER, ROJET MITCHELL, and JODY LITTLE | **JURY TRIAL DEMANDED** |
| Defendants | |

### ORDER OF ENTRY OF DEFAULT AGAINST DEFENDANT JODY LITTLE

AND NOW, this ____ day of _May_ 2013, upon Plaintiff's Motion for Entry of Default Against Defendant Jody Little, said Defendant having failed to file a responsive pleading to the Complaint by April 15, 2013, or at any time thereafter as of the date of this Order, Plaintiff's Motion for Entry of Default against Defendant Jody Little is hereby GRANTED.

_____
Clerk of Court