IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>FIVE STAR HOTELS LLC, MICHELLE HARPER, ADMINISTRATRIX OF THE ESTATE OF GARY C. COTTRELL, JR., JACQUES FOSTER, ROJET MITCHELL, and JODY LITTLE<br><br>Defendants | Civil Action No. 2:13-cv-00225-JFC<br><br>**JURY TRIAL DEMANDED** |

### ORDER

AND NOW, this 7th day of May, 2013, upon consideration of Plaintiff's Response to the Court's Order to Show Cause entered on April 26, 2013, it is hereby ORDERED that Plaintiff shall be permitted until June 5, 2013 to file a Motion for Default Judgment and for Declaratory Relief as against Defendant Jody Little.

BY THE COURT:

/s/ Joy Flowers Conti , J.