IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY

    Plaintiff,

v.

FIVE STAR HOTELS, LLC, MICHELLE
HARPER, ADMINISTRATRIX OF THE
ESTATE OF GARY C. COTTRELL, JR.,
JACQUES FOSTER, ROJET MITCHELL,
and JODY LITTLE

    Defendants.

Civil Action No. 13-cv-00225-JFC

## ORDER OF COURT

AND NOW, this __11th__ day of __June__, 2013, upon consideration of Five Star Hotels, LLC's Motion for Substitution of Counsel, it is hereby ORDERED, ADJUDGED and DECREED that Samuel H. Simon, Esquire and Matthew J. Lautman, Esquire of the law firm Houston Harbaugh, P.C. is hereby SUBSTITUTED as counsel of record for Kerry A. Sheehan, Esquire, of the law firm Anderson Kill & Olick, P.C.

BY THE COURT

/s/ Joy Flowers Conti
_____ J.