IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY | |
| Plaintiff, | Civil Action No. 13-225 |
| v. | |
| FIVE STAR HOTELS LLC, MICHELLE HARPER, ADMINISTRATRIX OF THE ESTATE OF GARY C. COTTRELL, JR., JACQUES FOSTER, ROJET MITCHELL, and JODY LITTLE | Judge Joy Flowers Conti

**JURY TRIAL DEMANDED** |
| Defendants | |

## ORDER

AND NOW, this \_11th\_ day of \_\_June_____, 2013, upon consideration of Plaintiff's Motion for Extension of Time to Effect Service on Defendant Jody Little, it is hereby ORDERED that said motion is GRANTED.  Plaintiff shall be permitted until August 5, 2013 to effect service of the Complaint upon Defendant Jody Little.  It is further ordered that the Court's Order of May 8, 2013 shall be stayed pending such service.

BY THE COURT:

/s/ Joy Flowers Conti_____, J.

1300479.1