AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No.  2:13-cv-00225-JFC |
| FIVE STAR HOTELS LLC, MICHELLE HARPER, ADMINISTRATRIX OF THE ESTATE OF GARY C. COTTRELL, JR., JACQUES FOSTER, ROJET MITCHELL and JODY LITTLE | ) ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JODY LITTLE
163 BROWNS HILL ROAD
VALENCIA, PA 16509

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   THOMAS P. MCGINNIS, ESQUIRE
THOMAS, THOMAS & HAFER, LLP
ONE OXFORD CENTRE
301 GRANT STREET, SUITE 1150
PITTSBURGH, PA 15219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

02/14/2013

Date

*Ginelle M. Puraty*

Signature of  Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:13-cv-00225-JFC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   JODY LITTLE

was received by me on *(date)*   06-08-13

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)*  STACEY LITTLE
THE WIFE OF JODY LITTLE , a person of suitable age and discretion who resides there,

on *(date)* 06-28-13 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:  06-10-13

_____
*Jerome Gill* (signature)
Server's signature

JEROME GILL
Printed name and title

4001 LYNDELL COURT PITTSBURGH, PA 15234
Server's address

Additional information regarding attempted service, etc:

I PERSONALLY INTERVIEWED JODY LITTLE ON 06-09-13 AND HE ACKNOWLEDGED
HE WAS GIVEN THE SUMMONS BY HIS WIFE AND HE ACCEPTS IT
*Bernie Karkalla*
BERNIE KARKALLA
4001 LYNDELL CT
PITTSBURGH, PA 15234