IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY

    Plaintiff,

v.

FIVE STAR HOTELS LLC, MICHELLE
HARPER, ADMINISTRATRIX OF THE
ESTATE OF GARY C. COTTRELL, JR.,
JACQUES FOSTER, ROJET MITCHELL, and
JODY LITTLE

    Defendants

Civil Action No. 13-225

Judge Joy Flowers Conti

**JURY TRIAL DEMANDED**

## ORDER

AND NOW, this 26th day of June, 2013, upon consideration of Plaintiff's Consent Motion to Continue Rule 26(f) Reporting Requirements and Rule 16 Conference, it is hereby ORDERED that said motion is GRANTED. The parties shall file their Rule 26(f) Report on or before August 19, 2013, 2013. The Rule 16 Conference previously scheduled for July 11, 2013 is hereby rescheduled to August 21, 2013 at 4:30 p.m.

BY THE COURT:

/s/ Joy Flowers Conti
_____, J.

1310703.1