IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY | |
| Plaintiff, | Civil Action No. 2:13-cv-00225-JFC |
| v. | |
| FIVE STAR HOTELS LLC, MICHELLE HARPER, ADMINISTRATRIX OF THE ESTATE OF GARY C. COTTRELL, JR., JACQUES FOSTER, ROJET MITCHELL, and JODY LITTLE | **JURY TRIAL DEMANDED** |
| Defendants | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Karin M. Romano, Esquire, for the Plaintiff, MESA Underwriters Specialty Insurance Company ("MUSIC"), in the above-entitled case.

Respectfully submitted,

THOMAS, THOMAS & HAFER, LLP

By  */s/ Karin M. Romano*
Karin M. Romano, Esquire
P.a. I.D. # 92068

Thomas, Thomas & Hafer, LLP
One Oxford Centre
301 Grant Street, Suite 1150
Pittsburgh, PA  15219
Telephone:  (412) 697-7403

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within **Notice of Appearance** has been served on the following parties and counsel of record this 12th day of July, 2013:

Mr. Jody Little
407 Bausman Street
Pittsburgh, PA 15210
*Served via U.S. First Class Mail, postage prepaid*

Matthew J. Lautman, Esquire
Samuel H. Simon, Esquire
Houston Harbaugh
401 Liberty Avenue
22nd Fl, Three Gateway Center
Pittsburgh, PA 15222-1005
*Served electronically via the Court's CM/ECF System*

David M. Huntley
Jones, Gregg, Creehan & Gerace, LLP
411 Seventh Avenue, suite 1200
Pittsburgh, PA 15219
*Served electronically via the Court's CM/ECF System*

THOMAS, THOMAS & HAFER, LLP

*/s/ Karin M. Romano*
_____
Karin M. Romano, Esquire
P.a. I.D. # 92068

Thomas, Thomas & Hafer, LLP
One Oxford Centre
301 Grant Street, Suite 1150
Pittsburgh, PA 15219
(412) 697-7403