## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNYSLVANIA

| | | |
|---|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, | : : : | Civil Action No..: 2:13-cv-00225-JFC |
| Plaintiff, | : : : | |
| v. | : : : | The Hon. Joy Flowers Conti |
| FIVE STAR HOTELS LLC, MICHELLE HARPER, ADMINISTRATRIX OF THE ESTATE OF GARY C. COTTRELL, JR., JACQUES FOSTER, ROJET MITCHELL, and JODY LITTLE, | : : : : | |
| Defendants. | | |

## **ENTRY OF APPEARANCE**

Kindly enter my appearance as counsel of record for Defendants Michelle Harper, Administratrix of the Estate of Gary C. Cottrell, Jr., Jacques Foster and Rojet Mitchell, in the above-captioned matter.

        Respectfully submitted,

        JONES, GREGG, CREEHAN & GERACE, LLP

        By: /s/C. Kurt Mulzet
            C. Kurt Mulzet, Esquire
            411 Seventh Avenue, Suite 1200
            Pittsburgh, PA  15219
            PA I.D. No. 34968
            (412) 261-6400