IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNYSLVANIA

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, | : Civil Action No..: 2:13-cv-00225-JFC |
| Plaintiff, | : |
| v. | : |
| | : The Hon. Joy Flowers Conti |
| FIVE STAR HOTELS LLC, MICHELLE HARPER, ADMINISTRATRIX OF THE ESTATE OF GARY C. COTTRELL, JR., JACQUES FOSTER, ROJET MITCHELL, and JODY LITTLE, | : |
| Defendants. | |

### AFFIDAVIT OF SERVICE

I hereby certify and affirm that on or about July 23, 2013 pursuant to Rule 45(b) F.C.R.P., I served a Subpoena (Duces Tecum), upon the following individual:

> Managing Agent
> Internal Revenue Service
> RAIVS Team
> PO BOX 145500
> Stop 2800 F
> Cincinnati, OH  45250

Requiring him/them to produce five (5) 1040 income tax returns for our Client, the Estate of Gary C. Cottrell, for five (5) years to aid in the completion of discovery for litigation.

The Subpoena was served by certified and regular U.S. Mail, return receipt requested.

BY:

_____
James M. Burton
Jones, Gregg, Creehan & Gerace, LLP
Attorney for Defendants

SWORN to and subscribed before me this _3rd_ day of _September_, 2013

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Tammy S. Findlay, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires March 31, 2015
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES