IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNYSLVANIA

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> : The Hon. Joy Flowers Conti <br> FIVE STAR HOTELS LLC, MICHELLE : <br> HARPER, ADMINISTRATRIX OF THE : <br> ESTATE OF GARY C. COTTRELL, JR., : <br> JACQUESE FOSTER, ROGET MITCHELL, <br> and JODY LITTLE, <br> <br> Defendants. | Civil Action No..: 2:13-cv-00225-JFC |

## ORDER OF COURT

*AND NOW,* this __16th__ day of September 2013, upon presentation and consideration of the Motion of Michelle Harper, Administratrix of the Estate of Gary C. Cottrell, Jr., Jacquese Foster and Roget Mitchell, Defendants, it is hereby ORDERED, ADJUDGED and DECREED that James M. Burton, Esquire of the law firm of Jones, Gregg, Creehan & Gerace, LLP is hereby substituted as counsel of record, replacing only, C. Kurt Mulzet, Esquire of Jones, Gregg, Creehan & Gerace, LLP.

BY THE COURT:

/s/ Joy Flowers Conti        J.
Joy Flowers Conti